IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMBARQ RETIREE MEDICAL PLAN : <br> 5454 West 110th Street : <br> Overland Park, Kansas 66211; and : <br> : <br> RANDALL T. PARKER, in his capacity as Administrator : <br> of the Embarq Retiree Medical Plan : <br> 5454 West 110th Street : <br> Overland Park, Kansas 66211, : <br> : <br> Plaintiffs, : <br> v. : <br> KARL BEROLZHEIMER : <br> 4311 Galax Trail : <br> Greensboro, North Carolina 27410; : <br> : <br> DAVID A. BOHMER : <br> 1001 Crescent : <br> Greencastle, Indiana; : <br> : <br> J. THOMAS BROWN : <br> 525 Susan Constant Drive : <br> Virginia Beach, Virginia 23451; : <br> : <br> JAMES J. KROPID : <br> 50 Innisbrook Avenue : <br> Las Vegas, Nevada 89113; : <br> : <br> WILLIAM J. LAGGETT : <br> 4731 Bonita Bay Boulevard, No. 1103 : <br> Bonita Springs, Florida 34134-6713; : <br> : <br> JANET A. LANG : <br> 530 North Lake Shore Drive, Apt. 2105 : <br> Chicago, Illinois 60611-7434; : <br> : <br> SAMUEL E. LEFTWICH : <br> 4201 Trillium Lane : <br> Greensboro, North Carolina 27410; : <br> : <br> JAMES A. LOVELL, JR. : <br> 915 South Waukegan Road : <br> Lake Forest, Illinois 60045; : | Civil Action No.<br><br>**FILED: JULY 16, 2008**<br>**08CV4045**<br>**JUDGE HART**<br>**MAGISTRATE JUDGE COX**<br>**AEE** |

|  | : |
|---|---|
| EDWARD W. MULLINIX, JR.<br>8166 Hollyridge Road<br>Jacksonville, Florida 32256-7104; | :<br>:<br>: |
| W. J. NESBIT, JR.<br>3385 Loch Brae Lane<br>Charlottesville, Virginia 22901; | :<br>:<br>: |
| JAMES D. OGG<br>8903 Poindexter Road<br>Louisa, Virginia 23093; | :<br>:<br>: |
| LYLE C. ROBERTS<br>27340 Big Springs Ranch Road<br>Hemet, California 92544; | :<br>:<br>: |
| J. STEPHEN VANDERWOUDE<br>510 Meadowmount Village Circle<br>Chapel Hill, North Carolina 27517; | :<br>:<br>: |
| RICHARD VANDERWOUDE<br>616 Yosemite Avenue, No. 101<br>Naperville, Illinois 60563; and | :<br>:<br>: |
| PAUL G. YOVOVICH<br>[c/o Lake Capital]<br>676 North Michigan Avenue, Suite 3900<br>Chicago, Illinois 60611,<br>Defendants. | :<br>:<br>:<br>:<br>: |

## PLAINTIFFS' RULE 7.1 AND RULE 3.2 DISCLOSURE STATEMENT

Plaintiffs Embarq Retiree Medical Plan ("Plan") and Randall T. Parker, in his capacity as Administrator of the Plan, by and through their attorneys, Morgan, Lewis & Bockius LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and United States District Court for the Northern District of Illinois Local Rule 3.2, respectfully submit the following disclosure statement:

The Plan is a single-employer benefit plan and has no affiliates for purposes of Local Rule 3.2. Embarq Corporation, a publicly held company, is the Plan's sponsor.

Respectfully submitted,

EMBARQ RETIREE MEDICAL PLAN

RANDALL T. PARKER, IN HIS
CAPACITY AS ADMINISTRATOR OF
THE EMBARQ RETIREE MEDICAL PLAN


By:  <u>/s Jeremy P. Blumenfeld</u>
       By Their Attorneys


Sari M. Alamuddin
Gregory P. Abrams
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone: 312.324.1000
Facsimile: 312.324.1001
salmuddin@morganlewis.com
gabrams@morganlewis.com

Jeremy P. Blumenfeld
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5387/5258/5270
Facsimile: 215.963.5001
mbanks@morganlewis.com
jblumenfeld@morganlewis.com
rdefortuna@morganlewis.com


Dated: July 16, 2008